# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 25, 2019

## NO. 03-18-00669-CV

**Office of the Attorney General of Texas, Appellant**

**v.**

**Darrick Koponen, Appellee**

## APPEAL FROM THE 27TH DISTRICT COURT OF LAMPASAS COUNTY
## BEFORE JUSTICES GOODWIN, BAKER, AND TRIANA
## REVERSED AND REMANDED -- OPINION BY JUSTICE GOODWIN

This is an appeal from the order signed by the trial court on April 6, 2018. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's order. Therefore, the Court reverses the trial court's order and remands the case to the trial court for further proceedings. The appellee shall pay all costs relating to this appeal, both in this Court and in the court below.